UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL KIMBLE

VERSUS

AMERICA FIRST INSURANCE COMPANY

CIVIL ACTION

NO. 14-67-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger, dated April 4, 2014 (doc. no. 16). The objection filed by plaintiff restate prior arguments and lack merit for the reasons considered by the magistrate judge.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, plaintiff's Motion to Remand is DENIED.

Baton Rouge, Louisiana, this 28th day of April, 2014.

———————————————
JAMES J. BRADY
UNITED STATES DISTRICT JUDGE